

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00221-CV

Comfort **ROBERTS**,
Appellant

v.

**LLOYD DOUGLAS ENTERPRISES LLC** dba River City Care Center
and Steve Robinson,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12260
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  September 17, 2014

APPEAL DISMISSED

The appellant has filed a "Request for non-suit or dismissal of suit," which we interpret as a motion to dismiss this appeal.  The request is granted and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM